AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Erwin, Shon T. | Western District of Oklahoma | 05/08/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge (full-time beginning July 1, 2012) | ☐ Nomination Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

Federal Bldg-U.S. Courthouse
410 South 5th Street, Room 201
Lawton, OK 73501

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Vice President & Shareholder | Godlove, Mayhall, Dzialo, Dutcher & Erwin, P.C. |
| 2. | Partner | 802 Partnership, an Oklahoma general partnership |
| 3. | President & sole shareholder | Impervious Title Co., an Oklahoma corporation |
| 4. | Partner | Wilson-Erwin Properties, an Oklahoma general partnership |
| 5. | Partner | Erwin Development Co., an Oklahoma general partnership |
| 6. | Member/Manager | Saint Emilion, an Oklahoma limited liability company |
| 7. | Trustee & President | Oklahoma Bar Foundation |
| 8. | Fellow | American Bar Foundation |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 06/27/12 | Godlove, Mayhall, Dzialo, & Dutcher (Law Firm) and Shon T. Erwin (Erwin) are the parties. Erwin is paid his A/R for work done prior to 07/01/12. |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Erwin, Shon T. | 05/08/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
| --- | --- | --- |
| 1. 2012 | Godlove, Mayhall, Dzialo & Dutcher, P.C. (private law practice through 06/30/12) | $47,183.00 |
| 2. 2012 | Godlove, Mayhall, Dzialo & Dutcher, P.C. (A/R payments from former law firm as per Agreement) | $11,611.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | Oklahoma Bar Foundation | 02/01/12 through 02/04/12 | New Orleans, LA | American Bar Association, Mid-Year Meeting | Transportation, Lodging, Meals and Registration Fee |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Erwin, Shon T. | 05/08/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Arvest Bank | 802 Partnership real estate loan | M |
| 2. | Arvest Bank | Law firm line of credit | K |
| 3. | Capital One Bank (USA) N.A. | Revolving Credit Account | K |
| 4. | USAA Savings Bank | Revolving Credit Account | J |
| 5. | CitiBank N.A. | Revolving Crecdit Account | J |
| 6. | U.S. Department of Education | Student Loan (Y) | K |

| Name of Person Reporting | Date of Report |
|---|---|
| Erwin, Shon T. | 05/08/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Godlove, Mayhall et al, P.C. (20% shareholder) | A | Dividend | | | Sold | 06/30/12 | J | D | Godlove, Mayhall et al PC. |
| 2. 802 Partnership, real est partnership (20% int) Lawton, OK | D | Rent | K | W | | | | | |
| 3. Erwin Development Co. (20% interest) Lawton, OK | A | Rent | L | W | | | | | |
| 4. Wilson-Erwin Properties (1/12 interest) Lawton, OK | B | Rent | K | W | | | | | |
| 5. International Bank of Commerce (X) | A | Interest | | | Closed | 09/25/12 | J | A | |
| 6. Arvest Bank | A | Interest | J | T | | | | | |
| 7. Etrade Money Market Account | A | Dividend | J | T | | | | | |
| 8. Real Estate, Lawton, OK subject to lease (1/8 interest) | D | Rent | L | W | | | | | |
| 9. Verisign, Inc. (common stock) | A | Dividend | J | T | | | | | |
| 10. Wells-Fargo Advisors fda Wachovia Mortgage FSB | A | Int./Div. | J | T | | | | | |
| 11. Etrade Bank Complete Savings Account | A | Interest | J | T | | | | | |
| 12. F (common stock) | A | Dividend | J | T | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Erwin, Shon T. | 05/08/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Personal Information: I served as a part-time U.S. Magistrate Judge until June 30, 2012. On July 1, 2012 I became a full-time judge.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Shon T. Erwin**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544